**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE SANCHEZ,<br><br>    Petitioner,<br><br>  v.<br><br>PAUL COPENHAVER, Warden,<br><br>    Respondent.<br>_____/ | No. C 07-04278 RMW (PR)<br><br>ORDER REGARDING IN FORMA PAUPERIS APPLICATION<br><br><br><br>(Docket No. 2) |

    Petitioner, a federal prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. On that same date, the clerk of the court sent petitioner a notice that her in forma pauperis (IFP) application was incomplete because she did not submit a certificate of funds signed by an authorized prison official and a copy of her trust account statement for the preceding six months.

    As of the date of this order, petitioner has not submitted the supporting documentation for her IFP application. The court cannot conduct an initial review of this matter until petitioner has either paid the filing fee or submitted a completed IFP application. See 28 U.S.C. § 1915(a) (a party is permitted to file a civil action in federal court without prepayment of fees or security if she makes affidavit that she is unable to pay such fees or give security therefor). If the petitioner is a prisoner who alleges that she is unable to pay the full filing fee at the time of filing, petitioner must submit: (1) an affidavit that includes a

1 statement of all assets she possesses, and (2) a certified copy of the trust fund account
2 statement for the prisoner for the six-month period immediately preceding the filing of the
3 action, obtained from the appropriate official of each prison at which the prisoner is or was
4 confined.  See id. § 1915(a)(1), (2).  If the court determines that the petitioner is unable to
5 pay the full filing fee at the time of filing, the petitioner will be granted leave to proceed IFP.

6     Therefore, before the court reviews the petition, petitioner shall submit copies of a
7 certificate of funds signed by an authorized prison official and a prisoner trust account
8 statement for the preceding six months.  She shall include with these documents a clear
9 indication that it is for the above-referenced case number, C 07-4278 RMW.  Petitioner shall
10 submit this supporting documentation **within thirty (30) days** of the date of this order.

11 **Failure to file a completed in forma pauperis application or pay the filing fee**
12 **within the thirty-day deadline will result in the court dismissing this action without**
13 **prejudice.**

14     IT IS SO ORDERED.
15 DATED: 12/14/2007

_____
RONALD M. WHYTE
United States District Judge

28 Order Regarding In Forma Pauperis Application
P:\PRO-SE\SJ.Rmw\HC.07\Sanzhez278extifp.wpd

2

1 This is to certify that on _12/19/2007_____, a copy of this ruling was mailed to the following:

2

3 Jacqueline Sanchez
29442-198
4 Federal Prison Camp
5675 8th Street, Camp Parks
5 Dublin, CA  94568

**United States District Court**
For the Northern District of California

28 Order Regarding In Forma Pauperis Application
P:\PRO-SE\SJ.Rmw\HC.07\Sanzhez278extifp.wpd

3