IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE SANCHEZ, | No. C 07-04278 RMW (PR) |
| Petitioner, | ORDER OF DISMISSAL |
| v. | |
| PAUL COPENHAVER, Warden, | |
| Respondent._____/ | (Docket No. 2) |

Petitioner, a federal prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. On that same date, the clerk of the court sent petitioner a notice that her in forma pauperis (IFP) application was incomplete because she did not submit a certificate of funds signed by an authorized prison official and a copy of her trust account statement for the preceding six months.

On December 19, 2007, the court issued an order notifying petitioner that her in forma pauperis application was incomplete because petitioner had not submitted the supporting documentation for her IFP application. The court directed petitioner to submit copies of a certificate of funds signed by an authorized prison official and a prisoner trust account statement for the preceding six months **within thirty (30) days**.

///

1  The court notified petitioner that her failure to file a completed in forma pauperis application
2  or pay the filing fee within the thirty-day deadline would result in the court dismissing this
3  action without prejudice.
4      As of the date of this order, petitioner has not responded. Accordingly, this case is
5  DISMISSED without prejudice for petitioner's failure to pay the filing fee or file a
6  completed in forma pauperis application. Petitioner's incomplete in forma pauperis
7  application (docket no. 2) is DENIED. The clerk shall terminate any pending motions and
8  close the file.
9      IT IS SO ORDERED.
10 DATED:__1/29/08_____          _____*Ronald M. Whyte*_____
11                                  RONALD M. WHYTE
                                    United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.Rmw\HC.07\Sanchez278disifp.wpd

2

1  This is to certify that on __2/12/08_____, a copy of this ruling was mailed to the following:

2

3  Jacqueline Sanchez
29442-198
4  Federal Prison Camp
5675 8th Street, Camp Parks
5  Dublin, CA  94568

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  Order of Dismissal
P:\PRO-SE\SJ.Rmw\HC.07\Sanchez278disifp.wpd

3