IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE SANCHEZ, | No. C 07-04278 RMW (PR) |
| Petitioner, | JUDGMENT |
| v. | |
| PAUL COPENHAVER, Warden, | |
| Respondent. | |

The court has dismissed the instant habeas petition without prejudice for petitioner's failure to pay the filing fee or file a completed in forma pauperis application. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED:_1/29/08_____       _Ronald M. Whyte_____
                                RONALD M. WHYTE
                                United States District Judge

1 This is to certify that on ___2/12/08_____, a copy of this ruling was mailed to the following:

Jacqueline Sanchez
29442-198
Federal Prison Camp
5675 8th Street, Camp Parks
Dublin, CA  94568

Judgment
N:\Pro Se Prisoner Cases\MY DOCUMENTS\2008\RMW-hc\Sanchez278jud.wpd