

**FILED**

2008 FEB 25 P 4: 33

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Jacqueline Sanchez
29442-198
Federal Prison Camp
675 8th Street, Camp Parks
Dublin, CA 94568

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 SOUTH FIRST STREET, ROOM 2112
SAN JOSE, CALIFORNIA 95113-3095

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300



**FILED**

FEB 12 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

STATES DISTRICT COURT

N DISTRICT OF CALIFORNIA

No. C 07-04278 RMW (PR)

JUDGMENT

habeas petition without prejudice for petitioner's
leted in forma pauperis application. A judgment of
he clerk shall close the file.

RONALD M. WHYTE
United States District Judge

28